UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.:     9:18-cv-80436-RLR

vs.

TFK BOCA LLC
a Foreign Limited Liability Company
d/b/a TRUE FOOD KITCHEN

    Defendant(s).
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, TFK BOCA LLC, a Foreign Limited Liability Company, d/b/a TRUE FOOD KITCHEN, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against TFK BOCA LLC; (3) and the Parties shall bear their own costs and fees except as provided for in the Parties' Confidential Fee Agreement.

RESPECTFULLY SUBMITTED June 8, 2018.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
The Law Office of Gregory S. Sconzo, P.A.
5080 PGA Boulevard, Suite 213
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Service Email: sconzolaw@gmail.com
Email: greg@sconzolawoffice.com
Attorney for Plaintiff

*/s/ William G. Salim, Jr.*
William G. Salim, Jr., Esq.
MOSKOWITZ, MANDELL, SALIM &
SIMOWITZ, P.A.
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334
Telephone:  (954) 491-2000
E-mail: wsalim@mmsslaw.com
*Counsel for Defendant*

1

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                **/s/ Gregory S. Sconzo**
                                                **Gregory S. Sconzo, Esq.**